**FILED**

JUN 3 - 2005

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CROSSBOW TECHNOLOGY, INC.<br><br>Plaintiff,<br><br>v.<br><br>YH TECHNOLOGY, et al.,<br><br>Defendants. | No. C 03-04360 SI<br><br>ORDER DENYING MOTION TO REQUIRE PRESENCE AT SETTLEMENT CONFERENCE OF ADDITIONAL EXPERTS |

Having considered the letter briefs submitted by defendants and by plaintiffs, and taking into account all the circumstances that attend a judicially hosted settlement conference, the court hereby DENIES defendants' belated motion for an order compelling plaintiff to bring a technical expert to the settlement conference on June 9, 2005.

IT IS SO ORDERED.

Dated: June 3, 2005.

WAYNE D. BRAZIL
United States Magistrate Judge

Copies to:

All parties,
WDB, Stats

1