IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CROSSBOW TECHNOLOGY, INC., | No. C-03-04360 SI (EDL) |
| Plaintiff, | **ORDER GRANTING IN PART PLAINTIFF'S MOTION TO COMPEL** |
| v. | |
| YH TECHNOLOGY ET AL, | |
| Defendant. | |

On February 12, 2007, Plaintiff Crossbow moved to compel Defendant Yuchun Yang to produce (1) technical documents for the accused products in this action, (2) all communications between Defendant or YH China and CMC Electronics, Inc.; (3) the files recovered and obtained from Defendant's damaged hard drive; and (4) an affidavit of compliance. On February 27, 2007, Defendant opposed Plaintiff's motion. After fully considering the papers, and finding the matter appropriate for decision without oral argument, the Court GRANTS IN PART Plaintiff's request to compel discovery as follows:

Defendant is ordered to request relevant documents from YH China, exerting all possible authority, and is ordered to produce, within 10 court days of this order:

(1) the relevant source code in electronic form, and all responsive circuit diagrams, schematics, source code, notes or notebooks, that have not already been produced;

(2) communications between Defendant or YH China and CMC Electronics Inc. that are otherwise responsive to Plaintiff's more specific requests, including the "brief description why YH-5000 V6 is not infringing the Crossbow patent" referred to in the moving papers;

(3) all responsive documents from the subset of recovered files LECG provided to Defendant; and

(4) an affidavit that Defendant has complied with his discovery responsibilities pursuant to this Order and the Court's prior Orders. The affidavit should a certification that Defendant has produced the relevant source code in electronic form and has produced all technical documents in his possession, custody, and control, including control over YH China. Defendant is reminded that he must provide an adequate privilege log for any documents withheld on grounds of privilege, and is cautioned that the Court may order LECG to produce computer files directly to Plaintiff if Defendant does not comply promptly and fully.

**IT IS SO ORDERED.**

Dated: March 23, 2007

*Elizabeth D. Laporte*

ELIZABETH D. LAPORTE
United States Magistrate Judge