IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CROSSBOW TECHNOLOGY, INC., | No. C 03-4360 SI |
| Plaintiff, | **JUDGMENT** |
| v. | |
| YH TECHNOLOGY, YUNCHUN YANG, YI YANG, | |
| Defendants. / | |

On plaintiff's motion, the Court has dismissed all claims against all defendants with prejudice, and has dismissed all counter-claims without prejudice.

**IT IS SO ORDERED AND ADJUDGED.**

Dated: August 21, 2007

SUSAN ILLSTON
United States District Judge